Certificate Number: 15317-PAE-DE-032438082

Bankruptcy Case Number: 14-10650



15317-PAE-DE-032438082

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>March 13, 2019</u>, at <u>2:21</u> o'clock <u>PM PDT</u>, <u>Annie M Johnson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 13, 2019</u>            By:  <u>/s/Jerry Fajardo</u>

Name: <u>Jerry Fajardo</u>

Title: <u>Counselor</u>