United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-10650-jkf
Annie M. Johnson                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Keith           Page 1 of 1           Date Rcvd: Aug 23, 2019
                             Form ID: 138NEW       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
```
db              #+Annie M. Johnson,    217 Stevens Street,    Philadelphia, PA 19111-5916
intp             +Michael Johnson,    6912 Old York Road,    Philadelphia, PA 19126-2108
13233461         +SPR Funding Trust 2011-5,    C/O AMS Servicing, LLC.,    3374 Walden Ave., Suite 120,,
                   Depew, NY 14043-2437
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 24 2019 03:00:28     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2019 02:59:08
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2019 03:00:07     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13351667         E-mail/Text: megan.harper@phila.gov Aug 24 2019 03:00:28     City of Philadelphia,
                   Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                   Philadelphia, PA 19102-1595
13233460         E-mail/Text: megan.harper@phila.gov Aug 24 2019 03:00:28     City of Philadelphia,
                   Law Dept.-Tax Unit,,    1401 JFK Blvd., 5th floor,,    Philadelphia, PA 19107
13846168        +E-mail/Text: bknotices@snsc.com Aug 24 2019 03:00:41     SRP Funding Trust 2011-5,
                   c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 6

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               SRP Funding Trust 2011-5
cr               US Bank National Association, not in its individua
13260997         James D. Moran,2230 Land Title Bldg.,Phila.,PA 191
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
```
              JAMES D. MORAN    on behalf of Debtor Annie M. Johnson jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    SRP FUNDING TRUST 2011-5 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    SRP FUNDING TRUST 2011-5 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Annie M. Johnson
      Debtor(s)                                                            Bankruptcy No: 14–10650–jkf
                                                                                  Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 8/23/19

                                                                                                  109 – 108
                                                                                              Form 138_new